# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

SA11CV422-FB

**FILED**

JUN 0 3 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

No. 11-50486

---

CHRISTA SCHULTZ, Individually and as parents and Guardians of minor child, C.S., a student in the Medina Valley Independent School District; DANNY SCHULTZ, individually and as parents and Guardians of minor child, C.S., a student in the Medina Valley Independent School District; TREVOR SCHULTZ, Individually,

                                      Plaintiffs-Appellees

v.

MEDINA VALLEY INDEPENDENT SCHOOL DISTRICT,

                                      Defendant-Appellant

---

Appeal from the United States District Court for
the Western District of Texas

---

Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM:

     On this incomplete record at this preliminary injunction stage of the case, we are not persuaded that plaintiffs have shown that they are substantially likely to prevail on the merits, particularly on the issue that the individual prayers or other remarks to be given by students at graduation are, in fact, school-sponsored. We also observe in particular that the plaintiffs' motion may be rooted at least in part in circumstances that no longer exist. For example, the school has apparently abandoned including the words "invocation" and "benediction"

on the program. The motion also did not expressly address the involvement of the valedictorian in the graduation ceremony.

IT IS THEREFORE ORDERED that the emergency motion of the appellants to dissolve the temporary restraining order and preliminary injunction is GRANTED; accordingly the temporary restraining order and preliminary injunction entered by the district court are DISSOLVED, and the case is REMANDED to the district court for possible further proceedings.

IT IS FURTHER ORDERED that the opposed motion of Angela Hildenbrand to intervene is DENIED without prejudice. She is hereby permitted to proceed as *amicus curiae.*

IT IS FURTHER ORDERED that the opposed motion of Angela Hildenbrand for relief from temporary restraining order and preliminary injunction is DENIED as moot.