IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Christa Schultz, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Medina Valley Independent School District,<br><br>*Defendant*. | Civil Action No. SA-11-CA-0422-FB<br><br>Chief Judge Frederick Biery<br>Magistrate Judge Pamela A. Mathy |

**Plaintiffs' Statement Regarding the Court's Advisory and Order
Concerning Procedures to Reach Resolution of the Merits of This Case**

On July 11, 2011, the Court issued an order concerning the possibility of resolving this case by settlement and required the parties to file a statement regarding their willingness to participate in settlement discussions and otherwise attempt to settle the case.

Plaintiffs agree that early settlement discussions would be worthwhile and that, if a fair agreement can be reached, the prompt resolution of this case would be desirable. In addition, Plaintiffs would be pleased to participate in any mediation administered by the individual identified in the Court's order, or in other mediation or settlement procedures that the Court deems appropriate. (Of course, any such mediation is more likely to be fruitful if Defendant is willing to negotiate over the procedures governing speeches and remarks at graduation ceremonies and other school-sponsored events.)

Plaintiffs also believe, however, that litigation of the case should continue even while settlement discussion or mediation is taking place, especially in light of the time

constraints imposed on this case by the school calendar. In addition, the ongoing litigation may further clarify the issues about which the parties agree or disagree and enhance the parties' willingness and motivation to compromise.

In sum, Plaintiffs (1) agree that early settlement discussions would be desirable, (2) would be pleased to participate in Court-sponsored mediation, and (3) believe that any settlement discussions or mediation should take place simultaneously with the litigation of the case under the schedule proposed in the parties' July 8, 2011 Joint Scheduling Recommendations (Dkt. 29).

        Respectfully submitted,

        /s/ Gregory M. Lipper

        _____

| | |
|---|---|
| Donald H. Flanary, III (Bar No. 24045877) | Ayesha N. Khan (*pro hac vice*) |
| GOLDSTEIN, GOLDSTEIN & HILLEY | Gregory M. Lipper (*pro hac vice*) |
| 310 South St. Mary's Street, Suite 2900 | AMERICANS UNITED FOR SEPARATION OF |
| San Antonio, Texas 78205 | CHURCH AND STATE |
| (210) 226-1463 | 1301 K Street NW, Suite 850 |
| (210) 226-8367 | Washington, DC 20005 |
| donflanary@hotmail.com | (202) 466-3234 |
| | (202) 898-0955 (fax) |
| | khan@au.org \| lipper@au.org |
| July 21, 2011 | *Counsel for Plaintiffs* |

<u>Certificate of Service</u>

I certify that on July 21, 2011, I served Plaintiffs' Statement Regarding the Court's Advisory and Order Concerning Procedures to Reach Resolution of the Merits of This Case on all counsel of record through the Court's ECF system.

/s/
_____
Gregory M. Lipper