IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CHRISTA SCHULTZ and DANNY SCHULTZ, Both Individually and as Parents and Guardians of Minor Child C.S., a Student in the Medina Valley Independent School District; C.S., a Minor, Individually, By His Next Friends CHRISTA SCHULTZ and DANNY SCHULTZ; and TREVOR SCHULTZ Individually,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MEDINA VALLEY INDEPENDENT SCHOOL DISTRICT,<br><br>　　　　Defendant. | §§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. SA-11-CA-422-FB |

**COURT ADVISORY REGARDING DISCOVERY AND DEPOSITION ISSUE**

As a follow up to the conference call of last week, it later occurred to the Court that a solution to the desire of defendant's representative to observe the demeanor of a plaintiff witness is as follows:

The Court will make available a courtroom or jury room and a court reporting student or the Court's court reporter for the purpose of examining the witness under oath. There would be no expense to either party. The proceeding would be closed just as in a traditional deposition.

SIGNED this the 11th day of October, 2011.

　　　　　　　　　　　　　　　　　　FRED BIERY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE